446 A.2d 600

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Charles DIGGS, Appellant.**

**No. 80-2-301.**

Supreme Court of Pennsylvania.

Argued May 19, 1982.

Decided June 17, 1982.

Ralph B. Pinskey, Harrisburg, for appellant.

William A. Behe, Deputy Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed, 273 Pa.Super. 121, 416 A.2d 1119, as having been improvidently granted.